UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO



# MEMORANDUM

DATE:    July 31, 2006

TO:      Frances Ríos de Morán, Clerk

FROM:    Judge Fusté

SUBJECT: **Reassignment of Cases**

The following is the **revised and final** list of cases to be reassigned from the civil docket of Judge Fusté to Judge Gelpí upon his appointment.

| | | | |
|---|---|---|---|
| (1)  | 04-1645 | (17) | 05-1506 |
| (2)  | 04-1686 | (18) | 05-1550 |
| (3)  | 04-1690 | (19) | 05-1555 |
| (4)  | 04-1952 | (20) | 06-1230 |
| (5)  | 06-1216 | (21) | 05-1617 |
| (6)  | 04-2340 | (22) | 05-1625 |
| (7)  | 05-1192 | (23) | 05-1736 |
| (8)  | 05-1293 | (24) | 05-1769 |
| (9)  | 05-1312 | (25) | 06-1294 |
| (10) | 05-1337 | (26) | 05-1856 |
| (11) | 05-1396 | (27) | 05-1966 |
| (12) | 05-1404 | (28) | 05-2132 |
| (13) | 05-1458 | (29) | 06-1182 |
| (14) | 05-1463 | (30) | 06-1207 |
| (15) | 05-1474 | (31) | 06-1392 |
| (16) | 05-1478 | | |

Thank you.

JAF/mrj
cc:   Chief Deputy Clerk
      Operations Manager