UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
CH 131, CLEMENTE RUIZ-NAZARIO COURTHOUSE,
150 CHARDON AVENUE
SAN JUAN, PUERTO RICO 00918-1764

CARMEN CONSUELO CEREZO
United States District Judge



# MEMORANDUM



DATE       :   August 9, 2006

TO         :   Frances Ríos de Morán
               Clerk of Court

FROM       :   CARMEN CONSUELO CEREZO
               United States District Judge

RE         :   Cases to be Transferred to Judge Gustavo A. Gelpí

The following is the list of cases from my docket to be transferred to Judge Gustavo A. Gelpí:

| 01-1202 | 03-1255 | 04-1070 | 05-1002 | 06-1290 |
|---------|---------|---------|---------|---------|
|         | 03-1758 | 04-1106 | 05-1141 | 06-1291 |
|         |         | 04-1123 | 05-1415 | 06-1598 |
|         |         | 04-1209 | 05-1727 |         |
|         |         | 04-1859 | 05-1756 |         |
|         |         | 04-1877 | 05-1783 |         |
|         |         | 04-2024 | 05-1923 |         |
|         |         | 04-2171 | 05-2083 |         |
|         |         | 04-2212 | 05-2165 |         |
|         |         | 04-2250 | 05-2347 |         |
|         |         | 04-2290 |         |         |
|         |         | 04-2298 |         |         |
|         |         | 04-2354 |         |         |
|         |         | 04-2360 |         |         |
|         |         | 04-2439 |         |         |