

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO
Frances Ríos de Morán, Clerk of Court
Clerk's Office
Federico Degetau Federal Bldg. Suite #150
Carlos Chardón Avenue #150
Hato Rey, Puerto Rico 00918-1767
(787) 772-3030 - Fax (787) 766-5693



| | |
|---|---|
| To: | Frances Rios de Morán, Clerk of Court |
| From: | Lida Isis Egelé, Operations Manager |
| Date: | August 24, 2006 |
| Subject: | Misc. 06-177 (GAG) |

Attached is a list of cases where the parties consented to trial before a magistrate judge. These cases were randomly assigned to Judge Gelpí when he was a magistrate judge. In view of the fact that they were assigned to him for all further proceedings, including the trial and entry of judgment, Judge Gelpí agreed to have them transferred to his case load as Presiding Judge.