UNITED STATES GOVERNMENT
# memorandum

Misc. 06-177 (GAG)

| | | |
|---|---|---|
| **Date** | : | November 16, 2006 |
| **To** | : | Frances Ríos de Moran<br>Clerk of Court |
| **From** | : | JAY A. GARCIA-GREGORY<br>United States District Judge |
| **Subject** | : | Cases to be transferred to Judge Gelpi |

In reference to our memorandum of November 6, 2006, by involuntary error, case 05-2300 was included in the list of civil cases to be transferred to Judge Gustavo A. Gelpí. Please correct and substitute case 06-1501 instead of 05-2300.

cc: Lida Egele
    Carmen Cruz